UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 12–32522
Chapter 13

Willie Mae Garrett

    Debtor

## ORDER CONFIRMING PLAN

The debtor's plan was filed on September 27, 2012. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Done this 7th day of October, 2013.

    /s/ Honorable Dwight H. Williams Jr.
    United States Bankruptcy Judge